USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/4/18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK NATIONAL
ASSOCIATION, solely as Note Administrator,

    Plaintiff,

v.

ANGELO GORDON MANAGEMENT, LLC;
AG TCDRS, LLC; AG MORTGAGE VALUE
PARTNERS, LP; THE BANCORP BANK,
INC.,

    Defendants.

Case No. 17-cv-8929 (DAB)

**STIPULATION AND
PROPOSED ORDER**

---

IT IS HEREBY STIPULATED AND AGREED among the undersigned that the law firm of Schindler Cohen & Hochman LLP accepted service of the summons and complaint on behalf of Interpleader Defendant The Bancorp Bank ("Bancorp") on January 12, 2018; and it is further

STIPULATED AND AGREED among the undersigned that the law firm of Quinn Emanuel Urquhart & Sullivan, LLP accepted service of the summons and complaint on behalf of Interpleader Defendants Angelo Gordon Management, LLC, AG TCDRS, LLC, and AG Mortgage Value Partners, LP (collectively, "Angelo Gordon") on January 12, 2018; and it is further

STIPULATED AND AGREED that the time for Bancorp and Angelo Gordon to answer, move or otherwise respond to the complaint is extended to, and includes, May 2, 2018.

LOCKE LORD LLP

By: /s/ Casey B. Howard
Casey B. Howard
Samantha Ingram

200 Vesey Street
New York, New York 10281
Tel: (212) 415-8600
Fax: (212) 303-2754

*Attorneys for Interpleader-Plaintiff
Wells Fargo Bank, National Association*

SCHINDLER COHEN & HOCHMAN LLP

By: /s/ Jonathan L. Hochman
Jonathan L. Hochman
Karen M. Steel

100 Wall Street, 15th Floor
New York, New York 10005
Tel: (212) 277-6300
Fax: (212) 277-6333

*Attorneys for Interpleader-Defendant
The Bancorp Bank*

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: /s/ Jonathan Pickhardt
Jonathan Pickhardt
Rex Lee

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Interpleader-Defendants
Angelo Gordon Management, LLC,
AG TCDRS, LLC, and AG Mortgage
Value Partners, LP*

So Ordered:

/s/ Deborah A. Batts   4/4/18
Hon. Deborah A. Batts
United States District Judge